THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY
BUSH, Appellant.

Submitted February 21, 2012; decided March 22, 2012

Reported below, 2011 NY Slip Op 92010(U).

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE
G. LAPIERRE, Appellant.

Submitted February 27, 2012; decided March 22, 2012

Reported below, 86 AD3d 619.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TER-
RANCE MONK, Appellant.

Submitted December 5, 2011; decided March 22, 2012

Reported below, 83 AD3d 35.

Motion for assignment of counsel granted and Scott B. Tulman, Esq., 369 Lexington Avenue, 15th Floor, New York, NY 10017 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TER-
RANCE MONK, Appellant.

Submitted December 19, 2011; decided March 22, 2012

Reported below, 83 AD3d 35.

Motion to vacate this Court's November 30, 2011 dismissal order granted [see 17 NY3d 950 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JEANNE
M. VANDOVER, Respondent.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 31 Misc 3d 131(A).